# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

128712

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellee,

v

SC: 128712
COA: 248650
Wayne CC: 03-000809-01

DEON PATRICK DAWSON, a/k/a SAMUEL
JACKSON, a/k/a KURTIS DIALS, a/k/a
RONALD WRIGHT, a/k/a DION JACKSON,
  Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the February 8, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

Clerk

t1121